# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DORCHESTER MINERALS, LP**                                                                      **PLAINTIFF**

**v.**                                          **No. 4:12-cv-461 KGB**

**CHESAPEAKE EXPLORATION, LLC**                                                       **DEFENDANT**

## ORDER

Plaintiff has filed a motion for leave for Brent Andrew Kirby and John Robert Beatty to appear *pro hac vice* (Dkt. No. 13). The motion is granted pursuant to Local Rule 83.5(d). Mr. Kirby and Mr. Beatty, along with Robert M. Honea, shall be counsel of record for plaintiff.

SO ORDERED this 2nd day of May, 2013.

_____
Kristine G. Baker
United States District Judge