# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DORCHESTER MINERALS, LP                                                               PLAINTIFF

v.                                      NO. 4:12CV00461 JLH

CHESAPEAKE EXPLORATION, LLC                                                    DEFENDANT

## ORDER

The motion hearing previously scheduled for Monday, April 27, 2015, is hereby cancelled.

The hearing will be reset by separate notice.

IT IS SO ORDERED this 27th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE